# IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF TENNESSEE

## Southern Division

| | |
|---|---|
| LILLIAN L. NORTON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Action No: 1:12-cv-128 |
| v. ) | |
| ) | Mattice/Lee |
| VOLUNTEER VOLVO AND ) | |
| GMC, INC., and ) | |
| ) | JURY DEMAND |
| WORLDWIDE EQUIPMENT, INC., ) | |
| D/B/A VOLUNTEER VOLVO ) | |
| AND GMC ) | |
| ) | |
| Defendants. ) | |
| ) | |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the undersigned being counsel for all parties, it is hereby stipulated that the above-captioned case is DISMISSED WITH PREJUDICE. The parties shall bear their own fees and costs.

Respectfully submitted this 25th day of March, 2013.

s/ James M. Johnson
James M. Johnson, Esq. (#26147)
620 Lindsay Street, Suite 210
Chattanooga, TN 37403
(423) 648-4093 - *Phone*
jj@jamesmjohnsonatty.com

Counsel for Plaintiff

s/ Leslie Patterson Vose
Leslie Patterson Vose
Erin C. Sammons
LANDRUM & SHOUSE LLP
P.O. Box 951
Lexington, KY 40588-0951
(859) 255 2424
lvose@landrumshouse.com

Counsel for Defendants